In the Matter of 381 SEARCH WARRANTS DIRECTED TO FACE-
BOOK, INC., Appellant. NEW YORK COUNTY DISTRICT AT-
TORNEY'S OFFICE, Respondent. (And Another Proceeding.)

Submitted January 9, 2017; decided January 12, 2017

■■■■■■■

Motion by Brennan Center for Justice at NYU School of Law
et al. for leave to file a brief amici curiae on the appeal herein
granted and the proposed brief is accepted as filed. Two copies
of the brief must be served and an original and nine copies
filed within seven days.

Judge GARCIA taking no part.

■■■■■■■

In the Matter of 381 SEARCH WARRANTS DIRECTED TO FACE-.
BOOK, INC., Appellant. NEW YORK COUNTY DISTRICT AT-
TORNEY'S OFFICE, Respondent. (And Another Proceeding.)

Submitted January 9, 2017; decided January 12, 2017

■■■■■■■

Motion by Matthew L. Biben et al. for leave to file a brief
amici curiae on the appeal herein granted and the proposed
brief is accepted as filed. Three copies of the brief must be
served and an original and nine copies filed within seven days.

Judge GARCIA taking no part.